IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAKIM ALI-AKBAR, aka
FREDERICK JONES,

    Petitioner,               No. 2:12-cv-2414-JAM-KJN-P

   vs.

GREG BRACKET,

    Respondent.        ORDER
_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On March 27, 2013, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations filed March 27, 2013, are adopted in full;

2. Petitioner's February 22, 2013 motion for relief from judgment (dkt. no. 15) is denied; and

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: April 26, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE